UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ZEHONG "JENNY" LI and | : | |
| SONG "MICHAEL" LI | : | |
| Plaintiffs, | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | |
| CASA MARINA RESORT, | : | NO. 1:15-cv-01748-YK |
| WALDORF ASTORIA and | | |
| HILTON WORLDWIDE | : | |
| Defendants | : | |

## NOTICE OF VOLUNTARY DISMISSAL
## PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiffs Zehong "Jenny" Li and Song "Michael" Li and or their counsel(s), hereby give notice that the above captioned action is voluntarily dismissed, without prejudice against the defendants Casa Marina Resort, Waldorf Astoria and Hilton Worldwide.

**The Keisling Law Offices, P.C.**

/s/  Bret Keisling
Bret Keisling, Esquire
Attorney ID #201352
17 S. Second Street, Suite 301
Harrisburg, PA  17101
(717) 303-3446  (Phone)
(717) 801-1786 (fax)
Email: Bret@KeislingLaw.com

Date:  March 10, 2016